## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DOMAIN PROTECTION, LLC** | § | |
| | § | |
| V. | § | **CASE NO. 4:18-CV-792** |
| | § | |
| **SEA WASP, LLC, VERNON** | § | |
| **DECOSSAS, AND GREGORY FAIA** | § | |

### OPPOSED MOTION TO WITHDRAW AS COUNSEL

Comes now, Roger D. Sanders, J. Michael Young, and the law firm of Sanders, Motley, Young & Gallardo, PLLC, and file this Motion to Withdraw as Counsel for Defendant Sea Wasp, LLC.

### I.

Prior to filing this motion the undersigned had a number of communications with general counsel for Sea Wasp and with counsel for the individual defendants about certain matters that the undersigned has been requested to remain undisclosed.  However, the undersigned will make such disclosures as the Court may direct and which disclosures do not violate the undersigned's (and the law firm's) duties to his client.

### II.

The undersigned believes that good cause exists for the withdrawal motion, and that Sea Wasp will secure substitute counsel in such time as to not delay the trial of this matter.  As shown in the certificate of conference, counsel for the individual defendants, has informed the undersigned that they consent to the withdrawal so long as it does not delay the trial of the case; and neither of the other parties has stated opposition, although as a matter of formality, that consent is not presumed since it is unstated at the time of filing of this motion.

PREMISES CONSIDERED, the undersigned counsel and firm respectfully request that the Court enter an Order permitting their withdrawal as counsel of record for Sea Wasp, LLC in the above-captioned matter.

Respectfully submitted,

/s/ *Roger Sanders*
Roger D. Sanders
TX State Bar No. 17604700
roger.sanders@somlaw.net
J. Michael Young
TX State Bar No. 00786465
myoung@somlaw.net

**SANDERS, MOTLEY, YOUNG & GALLARDO**
111 South Travis Street
Sherman, Texas  75090
(903) 892-9133
(903) 892-4302  (fax)

## CERTIFICATE OF CONFERENCE

On January 10, 2020, the undersigned sent an e-mail to counsel Gary Schepps regarding the filing of this motion, seeking to learn whether his client would oppose it.  Mr. Schepps has not responded.  He was informed that without response, it would be marked as being opposed by his client, Domain Protection, LLC.  On January 10, 2020, the undersigned had an e-mail/telephone exchange with general counsel for Sea Wasp, LLC, David Vinterella, regarding the filing of this Motion. Mr. Vinterella has not responded substantively with a clear position from Sea Wasp.  He was informed that without such response, this motion would be marked as opposed by his client, Sea Wasp. The undersigned also communicated with counsel for the individual Defendants, Mark Strachan and Robert Sayles, who state that their clients are not opposed to this Motion so long as it does not result in a delay of the case

So certified.

/s/ *Roger Sanders*
Roger D. Sanders

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all parties to this matter via the electronic delivery system of the Eastern District of Texas, Sherman Division.

      So certified on this 10th day of January, 2020.

                                                    /s/ *Roger Sanders*
                                                 Roger D. Sanders