**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DOMAIN PROTECTION, LLC** | § | |
| | § | |
| **V.** | § | **CASE NO. 4:18-CV-792** |
| | § | |
| **SEA WASP, LLC, VERNON** | § | |
| **DECOSSAS, AND GREGORY FAIA** | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Came on this day, the Motion to Withdraw as Counsel for Defendant Sea Wasp, LLC filed by Roger D. Sanders, J. Michael Young, and the law firm of Sanders, Motley, Young & Gallardo, PLLC.  Upon review of said Motion, this Court finds that it should be and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Roger D. Sanders, J. Michael Young, and the law firm of Sanders, Motley, Young & Gallardo PLLC are permitted to withdraw as counsel of record for Sea Wasp, LLC in the above-captioned matter.

IT IS SO ORDERED.

**SIGNED this 28th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE