# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DOMAIN PROTECTION, LLC,<br>    *Plaintiff*,<br>v.<br><br>SEA WASP, LLC, VENON DECOSSAS,<br>AND GREGORY FAIA,<br>    *Defendants*. | §<br>§<br>§   Civil Action No. 4:18-CV-00792<br>§   Judge Mazzant<br>§<br>§<br>§<br>§ |

## <u>Verdict Form</u>

### Section 1: Texas Theft Liability Act

**Question No. 1(a):**

What sum of money, if any, if paid now in cash, has Domain Protection proven, by a preponderance of the evidence, would fairly and reasonably compensate Domain Protection for its actual damages, if any, that resulted from Sea Wasp's conduct?

Answer separately, in dollars and cents, for damages, if any.

1. Lost income sustained in the past.

    Answer: __0__

2. Lost profits sustained in the past.

    Answer: __0__

If you found, in answer to Question No. 1(a), that Domain Protection sustained actual damages resulting from Sea Wasp's conduct, then answer the following question. Otherwise, do not answer the following question and proceed to Section 2.

**Question No. 1 (b):**

You are instructed that, in order for you to find additional damages, your answer to this question must be unanimous.

What sum of money, if any, if paid now in cash, has Domain Protection proven, by a preponderance of the evidence, should be assessed against Sea Wasp and awarded to Domain Protection as additional damages, if any, for Sea Wasp's conduct?

Answer in dollars and cents, if any.

Answer: _____

1

Please proceed to Section 2.

### Section 2: Stored Communications Act

**Question No. 2(a):**

What sum of money, if any, if paid now in cash, has Domain Protection shown, by a preponderance of the evidence, would fairly and reasonably compensate Domain for its actual damages, if any, caused by Sea Wasp obtaining, altering, or preventing authorized access to a wire or electronic communication?

Answer in an amount of dollars and cents: ___0___

Please proceed to Question No. 2(b).

**Question No. 2(b):**

What sum of money, if any, has Domain Protection shown, by a preponderance of the evidence, to be profits, if any, made by Sea Wasp as a result of its obtaining, altering, or preventing authorized access to a wire or electronic communication?

Answer in an amount of dollars and cents: ___0___

Please proceed to Section 3.

### Section 3: Tortious Interference with Contract

What sum of money, if any, if paid now in cash, has Domain Protection proven, by a preponderance of the evidence, would fairly and reasonably compensate Domain Protection for its actual damages, if any, that proximately resulted from Sea Wasp's conduct?

Answer in dollars and cents, for damages, if any.

1. Lost income sustained in the past.

Answer: ___0___

Please proceed to Section 4.

### Section 4: Conversion

What sum of money, if any, if paid now in cash, has Domain Protection proven, by a preponderance of the evidence, would fairly and reasonably compensate Domain Protection for its actual damages, if any, that resulted from Sea Wasp's conduct?

Answer separately, in dollars and cents, for damages, if any.

1. Lost income sustained in the past.

Answer: ___0___

2

2. Lost profits sustained in the past.

Answer: ___0___

___2/4/20___
Date

_____
Foreperson